# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 7, 2011

No. 10-40751
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN LOPEZ-SANABRIA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:09-CR-1548-1

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Juan Lopez-Sanabria has moved for
leave to withdraw and has filed a brief in accordance with *Anders v. California*,
386 U.S. 738 (1967). Lopez-Sanabria has filed motions requesting this court to
correct immigration records to show that he is a naturalized citizen. We lack
jurisdiction to grant the relief that Lopez-Sanabria requests. Our independent
review of the record and counsel's brief discloses no nonfrivolous issue for appeal.
Accordingly, Lopez-Sanabria's motions are DISMISSED FOR LACK OF

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-40751

JURISDICTION, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.